ACCEPTED
01-15-00558-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 2:09:15 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00558-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 1st |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| RICHARD M. THOMAS | § | COURT OF APPEALS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/21/2015 2:09:15 PM
CHRISTOPHER A. PRINE
Clerk

### FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Richard M. Thomas, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 176th Judicial District Court of Harris County, Texas.

2. The case below was styled the STATE OF TEXAS vs. RICHARD M. THOMAS, and numbered 1411673.

3. Appellant was convicted of Sexual Assault of a Child.

4. Appellant was assessed a sentence of 40 years in the Institutional Division of the Texas Department of Criminal Justice System.

5. Notice of appeal was given on June 15, 2015.

6. The clerk's record was filed on August 14, 2015; the reporter's record was filed on August 17, 2015.

1

7. The appellate brief was due on September 16, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. October 21, 2015.

9. This is the first request for an extension to file the brief in this cause.

10. Defendant is currently incarcerated in the Texas Department of Criminal Justice, Beto Unit, 1391 FM 3328, Tennessee Colony, Texas 75880.

11. Appellant relies on the following facts as good cause for the requested extension:

- Involved in the representation of William Fincham, case numbers 1458180 and 1458054 in the 183rd District Court of Harris County, Tyrec Johnson, case number 1460112 in the 337th District Court of Harris County, Joshua Milam, case numbers 2038179, 2039766, 2039767 and 2037131 in the County Criminal Court at Law number 9, Noemi Santollo, case numbers 1471735 and 1471736 in the 179th District Court of Harris County, Patrick Martin, case number 1472091 in the 179th District Court of Harris County, Sylvia Johnson, case number 1481217 in the 337th District Court of Harris County, and Sidney Reed, case number 1473529 in the 184th District Court of Harris County. Additionally, preparing for trial of Tyrone Hill, Shamarcus Johnson and Tyrec Johnson.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

2

Respectfully submitted,
Attorney Clyde Williams and Associates
P. O. Box 230246
Houston, Texas  77223-0246
Ph. (713) 236-0064
Fax (713) 228-3911

By:_____
       Clyde Williams,
       State Bar No. 21521100

## CERTIFICATE OF SERVICE

This is to certify that on September 21, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, Texas, by hand delivery.

_____
Clyde Williams

### NO. 01-15-00558-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE 1ST** |
| | § | |
| **VS.** | § | |
| | § | |
| | § | |
| **RICHARD M. THOMAS** | § | **COURT OF APPEALS** |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Clyde Williams, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause.  I have read the foregoing First Motion to Extend Time to File

Appellant's Brief and swear that all of the allegations of fact contained, therein, are true and correct."

_____
Clyde Williams
Affiant


**SUBSCRIBED AND SWORN TO BEFORE ME** on September 21, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

MARILYN MAY
MY COMMISSION EXPIRES
APRIL 5, 2018

4

MARILYN MAY
MY COMMISSION EXPIRES
APRIL 5, 2018